FILED
2006 Oct-20 PM 02:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BERRY PERRY, | ] |
| Plaintiff, | ] |
| vs. | ] CV-06-CO-00158-S |
| HOUSING AUTHORITY OF THE BIRMINGHAM DISTRICT, | ] |
| Defendant. | ] |

ORDER

The Court has for consideration Defendant's Motion for Entry of HIPAA Protective Order (Doc. 29), filed on October 18, 2006.  Defendant's motion is DENIED.  Defendant is to either resubmit it's motion and proposed protective order using this Court's Order in Appendix I to the Uniform Initial Order (Doc. 24) entered on September 21, 2006, or explain to the Court why a different order is necessary.  Furthermore, all proposed orders must also be emailed to the Court's chambers in **WordPerfect** format: coogler_chamber@alnd.uscourts.gov.

The Court also notes that the Initial Order requires HIPAA orders to be entered "by stipulation of counsel for *all* parties."  (Doc. 24, p. 3.) (emphasis added).

Done this 20th day of October 2006.

     _____
     L. SCOTT COOGLER
     UNITED STATES DISTRICT JUDGE
     143449