FILED
2007 Jan-11  PM 03:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BERRY PERRY,

    Plaintiff,

V.

HOUSING AUTHORITY OF THE
BIRMINGHAM DISTRICT,

    Defendant.
_____/

CASE NUMBER:
CV-06-CO-0158-S

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

    COMES NOW the Plaintiff in the above-styled cause pursuant to the applicable Federal Rules of Civil Procedure and respectfully requests leave of Court to amend his complaint and in support thereof would state as follows:

    1.    The order dismissing claims against IMS Management Services, LLC, (hereinafter referred to as "IMS") entered on December 7, 2006, following the parties settlement of all claims against IMS, requires Plaintiff to amend his Complaint to clarify the remaining claims and remove reference to IMS as well as to conduct occurring at the Park Place property referenced in the initial Complaint.

    2.    Since reaching a settlement agreement with IMS and following the expiration of the deadline for Plaintiff to amend his complaint, Plaintiff has moved from the Southtown Apartment. This fact affects Plaintiff's standing to obtain

injunctive relief insofar as the likelihood of future injuries is concerned, and Plaintiff requests leave to amend his complaint to remove claims for injunctive relief.

3. Defendants have previously indicated that they do not oppose Plaintiff so amending his complaint for clarification following the settlement of claims with IMS and to remove claims for injunctive relief in light of the fact that Plaintiff has moved from his Southtown Apartment.

4. A Second Amended Complaint is attached hereto as Exhibit "A" which removes IMS as a party Defendant, any reference to the Park Place property and any claim for injunctive relief for which Plaintiff now lacks standing.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests this honorable Court to grant leave to Plaintiff to amend his complaint previously filed as attached hereto.

Dated this the 11th day of January 2007.

Respectfully submitted,

/s/ Edward I. Zwilling
Edward I. Zwilling, Esq.
Ala. Bar No. ASB-1564-L54E

**OF COUNSEL**:
Schwartz Zweben & Slingbaum, L.L.P.
300 Office Park Drive, Suite 217
Birmingham, Alabama 35223
Telephone: (205) 871-8089
Facsimile: (205) 871-8091
Email: ezwilling@szalaw.com

-3-

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 11, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Richard W. Lewis, Esq, Isaac Roitman, Esq., James C. Ayers, Esq. and Paula I. Cobia, Esq.

                                           s/ Edward I. Zwilling
                                           OF COUNSEL