FILED
2007 Mar-30  AM 09:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BERRY PERRY, <br><br> Plaintiff(s), <br><br> v. <br><br> HOUSING AUTHORITY OF THE BIRMINGHAM DISTRICT, <br><br> Defendant(s). | Civil Action No. <br> CV-06-CO-0158-S |

## JOINT STATUS REPORT AND MOTION TO EXTEND DEADLINES

COME NOW all the parties in the above-styled cause of action, by and through their respective counsel of record, and submit this Joint Status Report as required by the Court's previously entered Scheduling Order in this case and also move the Court for an extension of all deadlines in the above-styled cause of action. In support of said Report and Motion, the parties state as follows:

1. The discovery cutoff deadline in this case is currently set for March 30, 2007.

2. The deposition of plaintiff Berry Perry was taken on December 6, 2006 and the 30(b)(6) depositions of the Housing Authority of the Birmingham District representatives were recently taken on March 27, 2007.

3. In addition, substantial written discovery has been exchanged in this matter, including over four thousand (4,000) pages of documentation provided to plaintiff's counsel for his review in this case, with the strong possibility that further documentation may be exchanged as the parties supplement discovery in this case.

4. Furthermore, the parties have retained experts in this matter and have exchanged expert

*Perry, Berry v. HABD*
Civil Action No.:  CV-06-CO-0158-S
JOINT STATUS REPORT AND MOTION TO EXTEND DEADLINES

---

disclosures and reports as required under this Court's Scheduling Order and the applicable Federal Rules of Civil Procedure.

5. In addition, on December 5, 2006, the Court entered an Order requiring all parties to select a mediator from the Northern District of Alabama's Panel of Neutrals and to mediate the remaining allegations in this case.

6. After much effort between the counsel of record and the selected mediator in order to work around numerous scheduling conflicts, mediation with mediator Fern Singer has been scheduled to take place on May 8, 2007.

7. Based on the fact that all counsel are mindful of saving expenses and costs for their clients in order to make a meaningful attempt at settlement of this case, the parties have agreed that an extension of all of the deadlines in this case will provide them with the opportunity to attempt settlement before proceeding with the expense and cost of finalizing discovery in this matter, including the taking of the depositions of out of state experts.

8. In conjunction with this, the parties formally request that this Honorable Court extend all deadlines in this case for a period of sixty (60) days in order to allow them to be able to fully comply with the Court's Order to conduct mediation in this matter and to finalize remaining discovery in the event that settlement negotiations are not successful.

*Perry, Berry v. HABD*
Civil Action No.:  CV-06-CO-0158-S
JOINT STATUS REPORT AND MOTION TO EXTEND DEADLINES

**WHEREFORE, PREMISES CONSIDERED**, counsel of record submit this Joint Status Report and request that the deadlines in this case be extended in order to be able to abide by the Court's Order to conduct mediation in this matter while allowing for the completion of remaining discovery matters in the event mediation and settlement negotiations are not successful.

s/Edward I Zwilling
Edward I. Zwilling
Attorney for Plaintiff

OF COUNSEL:
Schwartz Zweben & Slingbaum, LLP
300 Office Park Drive
Suite 217
Birmingham, AL 35223

s/ Isaac Roitman
Richard W. Lewis
Isaac Roitman
Attorneys for Defendant

OF COUNSEL:
Austill Lewis, P.C.
P.O. Box 11927
Birmingham, AL 35202-1927

  s/ James Ayers, Jr.
James Ayers, Jr.
Attorney for Defendant

OF COUNSEL:
Jones, Ayers & Oncale, L.L.C.
2112 11th Avenue South
Suite 202
Birmingham, AL 35205